# CRIMINAL COMPLAINT

VICTIM

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Stacy Dawn Enos**<br>DOB: xx/xx/1989; United States Citizen<br>**Isaiah Leonard Enos**<br>DOB: xx/xx/1988; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>12-08073M |

FILED ___ LODGED
RECEIVED ___ COPY
JAN 30 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Complaint for violation of Title 18, United States Code § 111(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 29, 2012, at or near Three Points, in the District of Arizona, **Stacy Dawn Enos** and **Isaiah Leonard Enos** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agents Christopher LeBlanc and Omar Zamora, while Agents LeBlanc and Zamora were engaged in performance of their official duties, in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 29, 2012, near Three Points, Arizona, United States Border Patrol agents encountered **Stacy Dawn Enos** and **Isaiah Leonard Enos** at the Highway 86 Border Patrol Checkpoint. **Stacy Dawn Enos** was the driver, and **Isaiah Leonard Enos** was the passenger, of a vehicle for which a Border Patrol canine gave a positive alert. Border Patrol agents asked **Stacy Dawn Enos** and **Isaiah Leonard Enos** to exit the vehicle so further inspection could safely be performed, but both subjects repeatedly refused numerous requests to exit. **Stacy Dawn Enos** and **Isaiah Leonard Enos** also began yelling at the agents. Border Patrol Agent Omar Zamora attempted to physically remove **Stacy Dawn Enos** from the vehicle. **Stacy Dawn Enos** kicked and swung her arms at Agent Zamora, striking Agent Zamora in the arm with her fist. Border Patrol Agent Christopher LeBlanc attempted to assist Agent Zamora, and **Stacy Dawn Enos** kicked and swung her arms at Agent LeBlanc as well, kicking Agent LeBlanc in the leg. **Isaiah Leonard Enos** brandished a pair of scissors and made stabbing motions toward the Border Patrol agents as the agents attempted to remove him and **Stacy Dawn Enos** from the vehicle. **Isaiah Leonard Enos** also made several verbal threats to the agents while brandishing his scissors. **Stacy Dawn Enos** and **Isaiah Leonard Enos** continued to resist arrest and refused to follow orders.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**WARRANT AND DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUSA Angela W. Woolridge
*/s/ Angela W. Woolridge*

SIGNATURE OF COMPLAINANT
(official title)
*/signature/*

OFFICIAL TITLE
**Border Patrol Agent**

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE
*/signature/*

DATE
January 30, 2012

1) See Federal rules of Criminal Procedure Rules 3 and 5